USDC SDNY
DOCUMENT
ELECTRONICALLY FIL[ED]
DOC #: _____
DATE FILED: 1/20/12

RECEIVED
JAN 19 2011
U.S.D.C. S.D.N.Y.
CASHIERS

MEMO ENDORSED

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

---

VRG LINHAS AÉREAS S.A., )
 ) Civil Action No. 11 CIV 00198
Petitioner, )
 )
v. )
 )
MATLINPATTERSON GLOBAL )
OPPORTUNITIES PARTNERS II L.P., and )
MATLINPATTERSON GLOBAL )
OPPORTUNITIES PARTNERS (CAYMAN) )
II L.P., )
 )
Respondents. )

---

## FIRST AMENDED VERIFIED PETITION TO CONFIRM ARBITRATION AWARD AND FOR AN ENTRY OF JUDGMENT

Petitioner VRG Linhas Aéreas S.A. ("VRG"), by and through its undersigned counsel Quinn Emanuel Urquhart & Sullivan LLP, petitions for the relief requested herein and says:

### PARTIES

1. Petitioner VRG is a Brazilian corporation with its principal place of business in São Paulo, Brazil. VRG is the universal successor under Brazilian law of GTI S.A., which was merged into VRG. GTI S.A. was, and VRG is, a wholly-owned subsidiary of Gol Linhas Aéreas Inteligentes S.A. ("Gol"), a Brazilian corporation with its principal place of business in São Paulo, Brazil. VRG was the plaintiff in an arbitration (the "Arbitration") conducted before the ICC International Court of Arbitration (the "Arbitration Court") and captioned *VRG Linhas Aéreas S.A. (universal successor to GTI S/A) (Brazil) v. Varig Logística SA (Brazil), Volo do*

*Petition denied. For oral opinion, see record of proceedings. Close Case.*
*So ordered. January 19, 2012*
*[signature] United States District Judge*