UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VRG LINHAS AÉREAS S.A., <br><br> Petitioner, <br><br> -against- <br><br> MATLINPATTERSON GLOBAL OPPORTUNITIES PARTNERS II L.P. and MATLINPATTERSON GLOBAL OPPORTUNITIES (CAYMAN) II L.P., <br><br> Respondents. | 11 Civ. 198 (MGC) |

**NOTICE OF ATTORNEY APPEARANCE AND
REQUEST FOR ELECTRONIC NOTIFICATION**

PLEASE TAKE NOTICE that the undersigned of Debevoise & Plimpton LLP, with offices at 919 Third Avenue, New York, New York 10022, appears in the case captioned above on behalf of Petitioner VRG Linhas Aéreas S.A. The undersigned respectfully requests that notice of electronic filing of all papers, as well as copies of all other documents that are required to be served or delivered to counsel in this action, be transmitted to him at the address given below.

Dated: New York, New York
November 19, 2013

                                                 DEBEVOISE & PLIMPTON LLP

                                                 By: /s/ Donald Francis Donovan_____
                                                     Donald Francis Donovan
                                                     919 Third Avenue
                                                   New York, New York  10022
                                                   Tel.:  212-909-6233
                                                   dfdonovan@debevoise.com

                                                 *Attorney for VRG Linhas Aéreas S.A.*