UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VRG LINHAS AÉREAS S.A.,<br><br>                    Petitioner,<br><br>         -against-<br><br>MATLINPATTERSON GLOBAL OPPORTUNITIES PARTNERS II L.P. and MATLINPATTERSON GLOBAL OPPORTUNITIES (CAYMAN) II L.P.,<br><br>                    Respondents. | 11 Civ. 198 (MGC) |

NOTICE OF ATTORNEY APPEARANCE AND
REQUEST FOR ELECTRONIC NOTIFICATION

PLEASE TAKE NOTICE that the undersigned of Debevoise & Plimpton LLP, with offices at 919 Third Avenue, New York, New York 10022, appears in the case captioned above on behalf of Petitioner VRG Linhas Aéreas S.A. The undersigned respectfully requests that notice of electronic filing of all papers, as well as copies of all other documents that are required to be served or delivered to counsel in this action, be transmitted to him at the address given below.

Dated: New York, New York
November 19, 2013

DEBEVOISE & PLIMPTON LLP

By: /s/ Carl Micarelli
    Carl Micarelli
    919 Third Avenue
    New York, New York  10022
    Tel.: 212-909-6813
    cmicarel@debevoise.com

*Attorney for VRG Linhas Aéreas S.A.*