

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VRG LINHAS AÉREAS S.A.,

                              Petitioner,

v.

MATLINPATTERSON GLOBAL OPPORTUNITIES
PARTNERS II L.P. and MATLINPATTERSON GLOBAL
OPPORTUNITIES PARTNERS (CAYMAN) II L.P.,

                              Respondents.

No. 11-CV-198 (MGC)

**STIPULATION AND
[PROPOSED] ORDER
EXTENDING TIME**

It is stipulated and agreed between and among the parties, through their undersigned counsel, for good cause, as follows:

1. The time for Petitioner to file its brief as set forth in the Stipulated Scheduling Order dated September 27, 2013, is extended by two business days from Friday, November 29, 2013, to Tuesday, December 3, 2013.

2. Respondents' reply brief remains due 21 days after Petitioner files its brief.

Dated: November 21, 2013

_____
Donald Francis Donovan
(dfdonovan@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Petitioner*

_____
Robert H. Smit /cm
Robert H. Smit
(rsmit@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
(212) 455-2000

*Attorneys for Respondents*

**SO ORDERED:**

November __22__, 2013

_____
The Honorable Miriam Goldman Cedarbaum
United States District Judge