UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VRG LINHAS AÉREAS S.A.,

                           Petitioner,

       v.

MATLINPATTERSON GLOBAL
OPPORTUNITIES PARTNERS II L.P. and
MATLINPATTERSON GLOBAL
OPPORTUNITIES PARTNERS
(CAYMAN) II L.P.,

                     Respondents.

No. 11 Civ. 00198 (MGC)

---

## COMPENDIUM OF FOREIGN AUTHORITIES

DEBEVOISE & PLIMPTON LLP

Donald Francis Donovan
Carl J. Micarelli
Amanda D. Zakowich
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Petitioner*
*VRG Linhas Aéreas S.A.*

**TABLE OF CONTENTS**

*Republic of Moldova v. Agurdino-Chimia JSC* Svea Hövratt [Svea Court
 of Appeals] 2008-11-28 Case No. T 745-06 (Swed.) . . . . . . . . . . . . . . . . . . . . . . . . Tab A

*Werfen Austria GmbH v. Polar Electro Europe B.V.* Korkein Oiekeus [KKO]
[Supreme Court] 2008-07-02 Case No. 2008:77 (Fin.) . . . . . . . . . . . . . . . . . . . . . . Tab B

*X SA v. Y SA* Tribunal fédérale [TF] [Federal Supreme Court] Aug. 3, 2010
Case No. 4A_254/2010 (Switz.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Tab C